**MCDONNELL CROWLEY, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
*Proposed Counsel to John M. McDonnell,*
*Former Chapter 7 Trustee*



Order Filed on August 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>ROBIN N. DANIELS-PETERS,<br><br>Debtor. | Case No. 15-33433 (KCF)<br><br>Honorable Kathryn C. Ferguson<br><br>Chapter 7 |

### ORDER REOPENING BANKRUPTCY
### PROCEEDING AND FOR OTHER RELATED RELIEF

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 20, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Robin N. Daniels-Peters |
| Case No.: | 15-33433 (KCF) |
| Caption of Order: | Order Reopening Bankruptcy Proceeding and for Other Related Relief |

**THIS MATTER** having been presented to the Court by McDonnell Crowley, LLC, proposed counsel to John M. McDonnell, the former chapter 7 trustee (the "Trustee")[1] of the estate of Robin N. Daniels-Peters (the "Debtor"), the chapter 7 debtor, upon the filing of a Motion for entry of an Order reopening the above-captioned bankruptcy proceeding and for other related relief; and the Court having considered such Motion and opposition thereto, if any; and good and sufficient cause existing for the making and entry of the within Order;

**IT IS ORDERED** that the bankruptcy case styled *In re Robin N. Daniels-Peters,* Case No. 15-33433 (KCF) be, and hereby is, reopened and administered as *In re Robin N. Daniels-Peters,* Case No. 15-33433 (KCF) so the chapter 7 trustee may pursue the final disposition of the Newly Discovered Asset and, where applicable, other estate assets of value; and it is further

**ORDERED** that the Office of the United States Trustee be, and hereby is, authorized to appoint a chapter 7 trustee; and it is further

**ORDERED** that the chapter 7 trustee is authorized to withdraw, revise and/or supplement his Final Report and Account of Administration of the Estate and Final Application for Compensation and related documents and/or pleadings.

---

[1] Any terms not defined herein, shall have the meaning ascribed to them in the Application filed in support of the Motion.