**MCDONNELL CROWLEY, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
*Proposed Counsel to John M. McDonnell,*
*Former Chapter 7 Trustee*

Order Filed on August 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 15-33433 (KCF) |
| ROBIN N. DANIELS-PETERS, | Honorable Kathryn C. Ferguson |
| Debtor. | Chapter 7 |

### ORDER REOPENING BANKRUPTCY
### PROCEEDING AND FOR OTHER RELATED RELIEF

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 20, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Robin N. Daniels-Peters |
| Case No.: | 15-33433 (KCF) |
| Caption of Order: | Order Reopening Bankruptcy Proceeding and for Other Related Relief |

**THIS MATTER** having been presented to the Court by McDonnell Crowley, LLC, proposed counsel to John M. McDonnell, the former chapter 7 trustee (the "Trustee")[1] of the estate of Robin N. Daniels-Peters (the "Debtor"), the chapter 7 debtor, upon the filing of a Motion for entry of an Order reopening the above-captioned bankruptcy proceeding and for other related relief; and the Court having considered such Motion and opposition thereto, if any; and good and sufficient cause existing for the making and entry of the within Order;

**IT IS ORDERED** that the bankruptcy case styled *In re Robin N. Daniels-Peters,* Case No. 15-33433 (KCF) be, and hereby is, reopened and administered as *In re Robin N. Daniels-Peters,* Case No. 15-33433 (KCF) so the chapter 7 trustee may pursue the final disposition of the Newly Discovered Asset and, where applicable, other estate assets of value; and it is further

**ORDERED** that the Office of the United States Trustee be, and hereby is, authorized to appoint a chapter 7 trustee; and it is further

**ORDERED** that the chapter 7 trustee is authorized to withdraw, revise and/or supplement his Final Report and Account of Administration of the Estate and Final Application for Compensation and related documents and/or pleadings.

---

[1] Any terms not defined herein, shall have the meaning ascribed to them in the Application filed in support of the Motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-33433-KCF
Robin N. Daniels-Peters                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 21, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2019.
db              #+Robin N. Daniels-Peters,    40 Livingston Street,    Trenton, NJ 08611-1722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2019 at the address(es) listed below:
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
               bcrowley@mcdonnellcrowley.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Georgette  Miller    on behalf of Debtor Robin N. Daniels-Peters info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@no
               tify.bestcase.com;GNonnenberg@georgettemillerlaw.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,   NJ95@ecfcbis.com,bcrowley@mchfirm.com
                                                                                             TOTAL: 4