**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Kathryn C. Ferguson, U.S. Bankruptcy Judge

| **CASE NUMBER:** 15−33433−KCF | **DATE FILED::** 12/16/15 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Robin N. Daniels−Peters<br>xxx−xx−0911 | ADDRESS OF DEBTOR(S):<br><br>40 Livingston Street<br>Trenton, NJ 08611 |
| DEBTOR'S ATTORNEY:<br>Georgette Miller<br>Law Offices of Georgette Miller, Esq.<br>335 Evesham Avenue<br>Lawnside, NJ 08045<br><br>856−323−1100 | TRUSTEE:<br>John Michael McDonnell<br>McDonnell Crowley, LLC<br>115 Maple Ave<br>Suite 201<br>Red Bank, NJ 07701<br>732−383−7233 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

11/21/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: August 26, 2019                    FOR THE COURT
                                          Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:  
Robin N. Daniels-Peters  
Debtor

Case No. 15-33433-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                    Page 1 of 2                 Date Rcvd: Aug 26, 2019
                              Form ID: noa                   Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2019.
```
db             #+Robin N. Daniels-Peters,    40 Livingston Street,    Trenton, NJ 08611-1722
515904918     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Cbna,     50 Northwest Point Road,    Elk Grove Village, IL 60007)
515904919      +Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
515904920      +Chambers Emergency Assoc.,     66 West Gilbert St., 2nd Flr,    Red Bank, NJ 07701-4947
515904922      +Edward A. Feinberg, PC,     POB 540,   249 East Front St,    Trenton, NJ 08611-1717
515904925      +Kivitz McKeever Lee PC,     701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
515904931      +REMEX,    307 Wall St,    Princeton, NJ 08540-1515
515904929       Radiology Affiliates of Central NJ,     PO Box 787512,    Philadelphia, PA 19178-7512
515904930       Reliance Medical Group,     22 N. Franklin Ave., 2nd Flr,    Pleasantville, NJ 08232-2547
515904932       Revenue Recovery Corp.,     7005 Middlebrook Pike,    PO Box 50250,   Knoxville, TN 37950-0250
515904933       St. Francis Medical Center,     601 Hamilton Ave.,    Trenton, NJ 08629-1915
515904941      +The Park Place,    Mill Hill Homeowners Assoc.,     PO Box 6622,
                 Lawrence Township, NJ 08648-0622
515904942       Trenton Emergency Med. Srvc.,     PO Box199,   Trenton, NJ 08602-0199
515904943     ++USALLIANCE FEDERAL CREDIT UNION,     300 APOLLO DRIVE,    CHELMSFORD MA 01824-3629
               (address filed with court: Usalliance Federal Cr,     411 Theodore Fremd Ave,    Rye, NY 10580)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2019 00:09:02     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2019 00:08:59     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515904914      +EDI: GMACFS.COM Aug 27 2019 03:38:00      Ally Financial,   200 Renaissance Ctr,
                 Detroit, MI 48243-1300
515904915      +EDI: TSYS2.COM Aug 27 2019 03:38:00      Barclays Bank Delaware,   125 S West St,
                 Wilmington, DE 19801-5014
515904916      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 27 2019 00:09:20
                 Bayview Loan Servicing, LLC,    5th Floor,   4425 Ponce De Leon Blvd,   Miami, FL 33146-1837
515904917      +EDI: BANKAMER.COM Aug 27 2019 03:38:00      Bk Of Amer,   1800 Tapo Canyon Rd,
                 Simi Valley, CA 93063-6712
515904921      +EDI: CHASE.COM Aug 27 2019 03:38:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
515904944       EDI: RCSDELL.COM Aug 27 2019 03:38:00      Webbank/Dfs,   1 Dell Way,   Round Rock, TX 78682
515904924      +E-mail/Text: BKRMailOPS@weltman.com Aug 27 2019 00:08:38     Kay Jewelers,   375 Ghent Rd,
                 Fairlawn, OH 44333-4600
515904926       E-mail/Text: camanagement@mtb.com Aug 27 2019 00:08:38     M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
515904927      +E-mail/Text: Bankruptcies@nragroup.com Aug 27 2019 00:09:47     National Recovery Agen,
                 2491 Paxton St.,   Harrisburg, PA 17111-1036
515904934      +EDI: RMSC.COM Aug 27 2019 03:38:00      Syncb/Amazon,   Po Box 965015,   Orlando, FL 32896-5015
515904935      +EDI: RMSC.COM Aug 27 2019 03:38:00      Syncb/Hh Gregg,   Po Box 965036,
                 Orlando, FL 32896-5036
515904936      +EDI: RMSC.COM Aug 27 2019 03:38:00      Syncb/Lenscrafters,   C/O Po Box 965036,
                 Orlando, FL 32896-0001
515904937      +EDI: RMSC.COM Aug 27 2019 03:38:00      Syncb/Paypal Extras Mc,   Po Box 965005,
                 Orlando, FL 32896-5005
515904938      +EDI: RMSC.COM Aug 27 2019 03:38:00      Syncb/Sleep Number,   Po Box 965036,
                 Orlando, FL 32896-5036
515904939      +EDI: RMSC.COM Aug 27 2019 03:38:00      Syncb/Tjx Cos,   Po Box 965005,   Orlando, FL 32896-5005
515904940       EDI: TDBANKNORTH.COM Aug 27 2019 03:38:00      Td Bank N.A.,   70 Gray Rd,   Portland, ME 04105
                                                                                               TOTAL: 18
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515904923     ##+Garden State Magnetic Imaging,    1245 Whitehose-Mercerville Rd.,    Suite #403,
                 Trenton, NJ 08619-3831
515904928     ##Princeton Pain & Spine Inst.,    123 Franklin Corner Rd. 104,    Lawrence Township, NJ 08648-2526
                                                                                TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3            User: admin                 Page 2 of 2                  Date Rcvd: Aug 26, 2019
                                Form ID: noa                Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2019 at the address(es) listed below:
              Brian Thomas Crowley    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,
               bcrowley@mcdonnellcrowley.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Georgette   Miller    on behalf of Debtor Robin N. Daniels-Peters info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@no
               tify.bestcase.com;GNonnenberg@georgettemillerlaw.com
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell    jmcdonnell@mchfirm.com,   NJ95@ecfcbis.com,bcrowley@mchfirm.com
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```