# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−33433−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin N. Daniels−Peters
   40 Livingston Street
   Trenton, NJ 08611

Social Security No.:
   xxx−xx−0911

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on September 6, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 30 − 27
Order Granting Application to Employ Professional Southport Financial Advisors, LLC as Accountant (Related Doc # 27). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/5/2019. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 6, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robin N. Daniels-Peters  
    Debtor

Case No. 15-33433-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 06, 2019  
                       Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
acc         E-mail/Text: vlc@southportfa.com Sep 07 2019 00:13:54    Southport Financial Advisors LLC,  
          100 Ocean Ave. Unit No 8,   Bradley Beach, NJ   07720  
                                                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2019 at the address(es) listed below:  
        Brian Thomas Crowley   on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com,  
         bcrowley@mcdonnellcrowley.com  
        Denise E. Carlon   on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Georgette   Miller   on behalf of Debtor Robin N. Daniels-Peters info@georgettemillerlaw.com,  
         georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@notify.bestcase.com;GNonnenberg@georgettemillerlaw.com  
        John Michael McDonnell   on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,  
         NJ95@ecfcbis.com,bcrowley@mchfirm.com  
        John Michael McDonnell    jmcdonnell@mchfirm.com,   NJ95@ecfcbis.com,bcrowley@mchfirm.com  
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                TOTAL: 6